UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CR86 CDP |
| | ) |
| JAMARE D. ASH, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on defendant's motion to suppress evidence.

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge David D. Noce. On April 13, 2006, defendant appeared in open court, with counsel, and advised the undersigned that he was waiving his right to file pretrial motions and to have a pretrial hearing. On the same date, Judge Noce filed his Report and Recommendation recommending that the motions be denied as moot. Defendant has not objected.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#24] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence [#18] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of May, 2006.